

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

DIRECT DIAL: (202) 551-4543

May 8, 2017

**VIA ELECTRONIC MAIL**

Brandon S. Reif, Esq.
Winget Spadafora & Schwartzberg LLP
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067

Re:   *In the Matter of Trading in the Securities of NetSpend Holdings, Inc.,*
       HO-12075

Dear Mr. Reif:

We have concluded the investigation as to Dr. Todd Rinaldi. Based on the information
we have as of this date, we do not intend to recommend an enforcement action by the
Commission against Dr. Rinaldi. We are providing this notice under the guidelines set out in the
final paragraph of Securities Act Release No. 5310, which states in part that the notice "must in
no way be construed as indicating that the party has been exonerated or that no action may
ultimately result from the staff's investigation." (The full text of Release No. 5310 can be found
at: http://www.sec.gov/divisions/enforce/wells-release.pdf.)

Sincerely,

Ryan Farney
Senior Counsel

(exhibit 1)