**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01434-CBS

TODD RINALDI,

Petitioner,

v.

INTERACTIVE BROKERS, LLC,

Respondent.

**RESPONSE OF INTERACTIVE BROKERS, LLC TO PETITION TO VACATE ARBITRATION AWARD**

Respondent, Interactive Brokers, LLC, through its undersigned counsel, responds to the petition of Todd Rinaldi to vacate arbitration award, as follows:

1. With respect to paragraph 1, Respondent does not have information sufficient to form a belief as to the truth or accuracy of Petitioner's allegation about his place of residence and, therefore denies the same.

2. Admit.

3. Deny, for the reasons set forth in the Motion to Dismiss filed contemporaneously herewith.

4. Deny, for the reasons set forth in the Motion to Dismiss filed contemporaneously herewith.

5. In response to paragraph 5, Respondent states that this Court would be the appropriate venue if this action were properly initiated and jurisdiction existed, which is does not for the reasons set forth in the Motion to Dismiss filed contemporaneously herewith.

6. In response to paragraph 6, Respondent admits that the Petitioner incurred a substantial trading deficit in connection with trading conducted pursuant to a Customer Agreement between Petitioner and Respondent.

7. Respondent admits that it filed an Arbitration Action pursuant to a mandatory arbitration provision against Petitioner to recover the trading deficit.

8. Admit.

9. Admit.

10. Respondent does not have information sufficient to form a belief as to the truth or accuracy of the matters asserted in paragraph 10 and, therefore, denies them.

11. In response to paragraph 11, Respondent admits that Petitioner filed a motion to continue the arbitration action, but does not have facts sufficient to support a belief as to the specific reasons therefore denies them.

12. In response to paragraph 12, Respondent admits that the arbitration panel denied Petitioner's request for continuance and assert that it had good cause to do so.

13. In response to paragraph 13, all the information regarding the SEC investigation comes from the Petitioner, and Respondent does not have any independent basis to confirm or deny it.

14. In response to paragraph 14, Respondent admits that Petitioner received a letter from the SEC subsequent to the arbitration proceeding indicating that it was not currently continuing its investigation or taking enforcement action with respect to the matter that had been the subject of its investigation.

15. Denied.

16. Denied.

17. Denied.

18. In response to paragraph 18, Respondent asserts that the allegations are legal conclusions and argument which will be fully addressed in Respondent's Motion to Dismiss filed contemporaneously herewith, which is incorporated by this reference.

19. In response to paragraph 19, Respondent asserts that the allegations are legal conclusions and argument which will be fully addressed in Respondent's Motion to Dismiss filed contemporaneously herewith, which is incorporated by this reference

20. In response to paragraph 20, Respondent asserts that the allegations are legal conclusions and argument which will be fully addressed in Respondent's Motion to Dismiss filed contemporaneously herewith, which is incorporated by this reference.

21. Denied.

22. Denied.

RESPECTFULLY submitted this 19th day of July, 2017.

        WAAS CAMPBELL RIVERA JOHNSON &
          VELASQUEZ LLP

By: */s/ Darrell G. Waas*
    Darrell G. Waas
    Patricia C. Campbell
    1350 17th Street, Suite 450
    Denver, CO 80202
    Telephone: (720) 351-4700

    waas@wcrlegal.com
    campbell@wcrlegal.com

    *Attorneys for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2017, I electronically filed the foregoing **RESPONSE OF INTERACTIVE BROKERS, LLC TO PETITION TO VACATE ARBITRATION AWARD AND MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system and placed a copy in the mail via the U.S. Postal Service, postage prepaid deliverable to:

Todd Rinaldi
3509 Quicas Street
Denver, CO 80211

*Pro Se Petitioner*

                                                    */s/ Sherrie A. Winkel*
                                                    Sherrie A. Winkel