**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 17-cv-1434-WJM-CBS

TODD RINALDI,

    Plaintiff,

v.

INTERACTIVE BROKERS, LLC,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case, and the Order Adopting October 4, 2017 Recommendation of United States Magistrate Judge, entered by the Honorable William J. Martínez, United States District Judge, on November 6, 2017, it is

ORDERED that

1. The Magistrate Judge's Recommendation (ECF No. 27) is ADOPTED in its entirety;

2. The Defendant's Motion to Dismiss (ECF No. 12) is GRANTED;

3. Plaintiff's Motion Staying the Enforcement of the Arbitration Award (ECF No. 24) is DENIED;

4. This case is DISMISSED WITH PREJUDICE pursuant to the *Colorado River* doctrine; and the civil action is terminated;

5. Each party shall bear its own costs.

Dated at Denver, Colorado this 8th day of November, 2017.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk